**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-10576 |
| Plaintiff - Appellee, | D.C. No. CR-06-00013-RLH |
| v. | |
| PATRICK JOHNSON, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, Chief District Judge, Presiding

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Patrick Johnson appeals from his guilty-plea conviction and 188-month

sentence for possession of a controlled substance with intent to distribute --

cocaine base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii).  Pursuant to

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

SR/Research

*Anders v. California*, 386 U.S. 738 (1967), Johnson's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. He has filed a supplemental brief, but no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**. Johnson's request to strike the *Anders* brief and appoint new counsel is **DENIED**. The district court's judgment is **AFFIRMED**.